IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3050 |
| v. | ) | |
| KYLE SODERHOLM, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that the Motion for Extension, ECF filing 29, is granted and the United States shall have on or before October 27, 2011, in which to file and serve its brief in response to the Statement of Objection to Recommendations by Magistrate Judge, ECF filing 27:

    Dated October 19, 2011.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge