IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3050 |
| | ) | |
| v. | ) | |
| | ) | |
| KYLE SODERHOLM, | ) | ORDER ON ORAL MOTION FOR |
| | ) | EXTENSION OF TIME |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the oral motion for extension of time to file response brief, ECF No. 31, is granted. The government shall file its brief in response on or before October 28, 2011.

   Dated October 27, 2011.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge